UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERB L. GADBURY,

        Plaintiff,

   v.

K. J. ALLEN, Appeals Examiner; et al.,

        Defendants.
                              /

No. C 15-4316 SI (pr)

**ORDER OF TRANSFER**

Herb L. Gadbury filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the California Health Care Facility in Stockton, California. Stockton is in San Joaquin County, which is within the venue of the Eastern District of California. The defendants work at the facility in Stockton or the CDCR's headquarters in Sacramento and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 23, 2015

                                              _____
                                              SUSAN ILLSTON
                                              United States District Judge